## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Bonnie Burns

v.                                                      Case Number: 4:23–cv–01510

Cenlar FSB, et al.

---

## NOTICE OF RESETTING

## TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 11/17/2023

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:    September 19, 2023

Nathan Ochsner, Clerk